UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARTHA HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:11-00594 |
| | ) | JUDGE SHARP/KNOWLES |
| | ) | |
| | ) | JURY DEMAND |
| ALIVE HOSPICE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

I hereby recuse myself in the above-styled action.

_____
E Clifton Knowles
United States Magistrate Judge