IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARTHA HOLMES )
) No. 3-11-0594
v. )
)
ALIVE HOSPICE, INC. )

O R D E R

Pursuant to the order entered October 18, 2011 (Docket Entry No. 16), the parties filed a joint status report regarding mediation/ADR on January 6, 2012 (Docket Entry No. 18).

As they suggested, by March 30, 2012, the parties shall file another joint mediation report, indicating whether they believe that there is potential for settlement and whether they believe that ADR would be productive and helpful.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge